UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FCM CAPITAL PARTNERS LLC, a California Limited Liability Company,<br><br>　　　　　Plaintiff,<br>　v.<br>REGENT CORPORATE CONSULTING LIMITED, a Hong Kong, China company; REGENT TRUST, a New Zealand company; JOHN R. MILLER, an individual; JOHN GRICE, an individual; and DOES 1 through 5, inclusive,<br><br>　　　　　Defendants. | Case No.: 14-cv-07099-ODW (MANx)<br><br>Honorable Otis D. Wright, II<br><br>**JUDGMENT AGAINST DEFENDANT JOHN R. MILLER** |

<u>**JUDGMENT AND ORDER**</u>

-1-

**[PROPOSED] JUDGMENT AGAINST DEFENDANT JOHN R. MILLER**

1      WHEREAS the Plaintiff in this action is FCM CAPITAL PARTNERS, LLC
2  ("FCM");
3      WHEREAS the Defendants in this action are REGENT CORPORATE
4  CONSULTING LIMITED ("RCC"), REGENT TRUST, JOHN R. MILLER
5  ("MILLER"), AND JOHN GRICE ("GRICE") (collectively, "DEFENDANTS");
6      WHEREAS, on September 11, 2014, FCM filed a Complaint against
7  DEFENDANTS alleging that DEFENDANTS fraudulently induced FCM to enter
8  into the Agreement to Invest in Carbon Credit Business and invest $500,000; that
9  DEFENDANTS committed wire fraud in violation of the Racketeer Influenced and
10 Corrupt Organizations Act ("RICO"); and that DEFENDANTS conspired to commit
11 fraud and conspired to commit violations of RICO;
12     WHEREAS FCM's Complaint has alleged that MILLER engaged in
13 independent wrongdoing against FCM; that MILLER fraudulently induced FCM to
14 enter into the Agreement to Invest in Carbon Credit Business; that MILLER violated
15 18 U.S.C. § 1962(c) by committing wire fraud; and that MILLER violated 18 U.S.C.
16 § 1962(d) by conspiring to violate RICO;
17     WHEREAS MILLER was duly served with the Complaint on September 15,
18 2014;
19     WHEREAS MILLER has failed to plead or otherwise defend and the legal
20 time for pleading or otherwise defending has expired;
21     WHEREAS a Default as to MILLER was entered by the Clerk on October 20,
22 2014;
23     WHEREAS FCM filed a Motion for Default Judgment as to Defendant
24 MILLER on November 20, 2014;
25     WHEREAS the Court Granted FCM's Motion for Default Judgment as to
26 Defendant MILLER on January 30, 2015;
27     WHEREAS for good cause shown, FCM is entitled to the issuance of a
28

-2-
**[PROPOSED] JUDGMENT AGAINST DEFENDANT JOHN R. MILLER**

Judgment and Order, as follows:

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:**

1. Default Judgment is entered against MILLER.

2. MILLER committed Fraud in the Inducement; violated 18 U.S.C. § 1962(c) by committing wire fraud; and violated 18 U.S.C. § 1962(d) by conspiring to violate RICO.

3. MILLER is liable to FCM for statutory treble damages in the amount of $1,500,000.00.

4. MILLER is liable to FCM for post-judgment interest at the rate outlined by 28 U.S.C. § 1961(a).

5. MILLER is liable to FCM for attorney fees in the amount of $33,600.00 pursuant to the Local Rule 55-3 fee schedule.

6. MILLER is liable to FCM for costs of suit in the amount of $1,031.05 as calculated by adding $400.00 from filing the Complaint, $599.05 from rush service of the Summons and Complaint on MILLER, and $32.00 as to costs related to preparing, copying, and delivering mandatory chambers copies to the Court.

7. The Court retains jurisdiction of this action for the purpose of enforcing the provisions of this Judgment and Order by way of contempt motion or otherwise.

IT IS SO ORDERED.

DATED: _February 5, 2015         _____
                                 Hon. Otis D. Wright, II
                                 UNITED STATES DISTRICT JUDGE